SPERRY & HUTCHINSON CO., a Corporation, Appellant
v. HARDEN BENNION et al., Respondents.

No. 4093.   Decided July 2, 1924.   (228 Pac. 758.)

THURMAN, J.

This is a companion case of *Sperry & Hutchinson Co.* v.
*David Mattson et al.*, 64 Utah 214, 228 Pac. 755, decided at
this term of the court. The cases were argued and submitted
together at the same time. The same legal questions are in-
volved. Upon the authority of the *Mattson* Case the judg-
ment in the instant case is affirmed, at appellant's costs.

WEBER, C. J., and GIDEON, CHERRY, and FRICK,
JJ., concur: